Certificate Number: 02910-FLM-CC-006150671

# CERTIFICATE OF COUNSELING

I CERTIFY that on February 16, 2009, at 1:05 o'clock PM EST,

Scott Bernstein received from

InCharge Education Foundation, Inc.,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Middle District of Florida, an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date: February 16, 2009        By    /s/Dhanmattie Sukhu-Lewis

                               Name  Dhanmattie Sukhu-Lewis

                               Title Senior Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).