**[8initcnf]** [NOTICE OF INITIAL CONFIRMATION HEARING]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                                     Case No. 8:09−bk−03158−KRM
                                                                           Chapter 13

Scott Bernstein
PO Box 530204
Saint Petersburg, FL 33747

_____Debtor*_____/

NOTICE OF INITIAL CHAPTER 13 CONFIRMATION HEARING

   PLEASE TAKE NOTICE that the debtor filed a Chapter 13 Plan. The Clerk's Office has mailed a copy of the Chapter 13 plan to each affected creditor.

   Creditors are advised that the payment amounts and frequency of payments as described in the debtor's plan will become effective upon Court approval of the plan unless the affected creditor timely files an objection to confirmation. Such objection must be filed with the Clerk, United States Bankruptcy Court, 801 N. Florida Ave., Tampa, FL 33602.

   NOTICE IS FURTHER GIVEN that a confirmation hearing will be held on May 20, 2009 at 09:30 AM in Courtroom 9B, Sam M. Gibbons United States Courthouse, 801 N. Florida Ave., Tampa, FL 33602 .

   At the initial confirmation hearing, all pending motions and objections, including any motion to dismiss and any objections to confirmation or objections to claims, will be considered on a preliminary, non evidentiary basis. If there are any pending objections or motions that require an evidentiary hearing, or if there is any other cause to defer confirmation (e.g., the existence of known, but unfiled claims by the I.R.S. or secured creditors) the Court will continue the confirmation hearing to a later date, which continuance will be announced in open court.

   **Accordingly, attendance is optional, except for parties in interest to matters to be considered on a preliminary, non evidentiary basis. Only the Chapter 13 Trustee is required to attend. However, if a party does not attend, that party may not receive notice of any continued confirmation hearing.**

   If you decide to attend the initial confirmation hearing, you are reminded that Local Rule 5073−1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Please take notice that as an addition security measure a photo ID is required for entry into the Courthouse.

   DATED on March 11, 2009

                              FOR THE COURT
                              Lee Ann Bennett , Clerk of Court
                              Sam M. Gibbons United States Courthouse
                              801 North Florida Avenue, Suite 555
                              Tampa, FL 33602

   *All references to "debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

# CERTIFICATE OF NOTICE

```
District/off: 113A-8          User: millss                Page 1 of 1                 Date Rcvd: Mar 11, 2009
Case: 09-03158                Form ID: 8initcnf           Total Served: 20

The following entities were served by first class mail on Mar 13, 2009.
db           +Scott Bernstein,    PO Box 530204,    Saint Petersburg, FL 33747-0204
cr           +Pilot Bank,    c/o John A. Anthony, Esquire,    201 N. Franklin Street Suite 2200,
               Tampa, FL 33602-5822
15761284     +Barclays Bank Delaware,    Attention: Customer Support Department,    Po Box 8833,
               Wilmington, DE 19899-8833
15761285     +Barnegat Township,    900 W. Bay Ave,    Barnegat, NJ 08005-1298
15761286     +Capital 1 Bank,    Attn: C/O TSYS Debt,    Management PO Bo,    PO Box 5155,
               Norcross, GA 30091-5155
15761287     +Capital One,    c/o James West, PA,    6380 Rogerdale Rd, Ste 130,    Houston, TX 77072-1647
15761288     +Donna Dellalonga,    2158 Muirfield Way,    Oldsmar, FL 34677-1939
15761289     +Eagle Eye Quality Lawn Care,    PO Box 7268,    Lakeland, FL 33807-7268
15761292      IC System, Inc.,    444 Highway 96 E,    PO Box 64887,    Saint Paul, MN 55164-0887
15761293     +John Van Voris, Esq,    GrayRobinson, PA,    201 N. Franklin Street,    Suite 2200,
               Tampa, FL 33602-5822
15761294     +Law Office of David Sean,    Dufek,    2655 Camino Del Rio N,    Suite 110,
               San Diego, CA 92108-1633
15761295     +Midland Credit Mgmt,    8875 Aero Dr   Ste 200,    San Diego, CA 92123-2255
15784673     +Pilot Bank,    c/o John A. Anthony, Esquire,    GrayRobinson, PA,
               201 N. Franklin Street, Suite 2200,    Tampa, FL 33602-5822
15761296      Pilot Bank,    PO Box 16828,    Tampa, FL 33687-6828
15761297      Riverview Community Bank/,    Elan Financial Services,    PO Box 6354,    Fargo, ND 58125-6354
15761298     +Transword Systems, Inc.,    5601 Mariner Street #475,    Tampa, FL 33609-3416
15761299     +Trugreen Chemlawn,    702 Kingsley Cir,    Plant City, FL 33566-7170
The following entities were served by electronic transmission on Mar 11, 2009.
15761283     +Fax: 800-208-8123 Mar 12 2009 00:02:32      American General Finance,    Po Box 3121,
               Evansville, IN 47731-3121
15761290     +E-mail/PDF: gecsedi@recoverycorp.com Mar 12 2009 04:20:22      Gembppbycr,    Attention: Bankruptcy,
               Po Box 103106,    Roswell, GA 30076-9106
15761291     +Fax: 813-414-8030 Mar 12 2009 00:15:15      Gte Fcu Visa/mc,    Po Box 10550,
               Tampa, FL 33679-0550
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Mar 13, 2009**          **Signature:** _Joseph Speetjens_